UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN M. DAHL,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | CASE NO. C13-385 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 23.) The Court has reviewed Plaintiff's Amended Complaint (Dkt. No. 2), Defendant's Answer (Dkt. No. 13), Plaintiff's Opening Brief (Dkt. No. 17), Defendant's Responsive Brief (Dkt. No. 21), Plaintiff's Reply Brief (Dkt. No. 22), the Report and Recommendation (Dkt. No. 23), and the entire administrative record. It is hereby ORDERED:

(1) The Court ADOPTS the Report and Recommendation and

(2) The Court REMANDS this matter for further administrative proceedings.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
1

1

2   The clerk is ordered to provide copies of this order to all counsel and to Judge Theiler.

3   Dated this 21st day of October, 2013.

4

5   /s/ Marsha J. Pechman
    Marsha J. Pechman
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
2